FILED

05/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0242

SHIRLEY CHAMBERS YOST,

Petitioner and Appellant,

v.

MARTIN GUHL, DPHHS, and
TERRESSA McDANIEL,

Respondents and Appellees.

FILED

MAY 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appearing *pro se*, Shirley Chambers Yost petitions this Court for an out-of-time appeal. She sought judicial review of a Final Agency Decision issued March 23, 2022, which denied her Supplemental Nutrition Assistance (SNAP) benefits for 12 months. The Butte-Silver Bow County District Court dismissed her petition on November 18, 2022, after concluding that it was filed one week late.

Petitioner apparently tried to file an appeal of the District Court's dismissal order to this Court on January 23, 2023. However, the appeal was returned by the Office of the Clerk of the Supreme Court because it had not been filed within 30 days of the District Court's order. Petitioner explains that she "read Rule #4" and believes she has 60 days, not 30 days to file an appeal. She states that because governmental employees are involved, "[t]he 60 day rule should have been applied." Petitioner requests some leniency because she filed her initial Notice of Appeal timely, but it was returned for untimeliness.

Petitioner is correct that she had 60 days within which to file her appeal. The relevant rule, M. R. App. P. 4(5)(a)(i), provides: "In civil cases, . . . , the notice of appeal shall be filed with the clerk of the supreme court within 30 days from the date of entry of the judgment or order from which the appeal is taken. In all other cases in which the United States of America or the State of Montana, or any political subdivision thereof, or any

officer or agency thereof is a party, the notice of appeal shall be filed within 60 days from the entry of the judgment or order from which appeal is taken." The Department of Public Health and Human Services of the State of Montana and its officers are parties.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Here, we conclude the initial Notice of Appeal was timely and was inadvertently returned. Petitioner has demonstrated extraordinary circumstances, amounting to a gross miscarriage of justice. Accordingly,

IT IS ORDERED that the Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Shirley Chambers Yost shall prepare, file, and serve a Notice of Appeal on or before Thursday, June 8, 2023.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Petitioner along with a copy of this Court's Appellate Handbook.

DATED this ____ day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2